IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -7 PM 2: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CONSOLIDATED CONTAINER COMPANY, LP ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | Case No.: 05-2371-BV |
| ) | |
| WARREN UNILUBE, INC. ) | |
| ) | |
| DEFENDANT. ) | |

## ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the Unopposed Motion of Defendant Warren Unilube, Inc. for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court hereby finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant, Warren Unilube, Inc., shall have through and including June 28, 2005, in which to answer, move, plead or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES MAGISTRATE JUDGE

Date: June 7, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-13-05

5105407.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02371 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Christina Hull Eikhoff
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309--342

Steven M. Collins
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT