IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CONSOLIDATED CONTAINER COMPANY LP, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION ) NO. 05-2371 BV |
| vs. | ) ) |
| WARREN UNILUBE, INC., | ) ) |
| Defendant. | ) |

## ORDER OF SPECIAL ADMISSION

It appears to the Court that the motion for CHRISTINE F. MAYHEW, Esq., for Special Admission Pro Hac Vice is well taken and should be granted. Accordingly, the Motion is hereby GRANTED, and CHRISTINE F. MAYHEW, Esq. is admitted pro hac vice for the purpose of representing the Defendant, Warren Unilube, Inc. in this action.

IT IS SO ORDERED.

DATED: 6/30/05

_____
United States District Judge

FILED BY _____ D.C.
05 JUN 30 PM 3:57
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

16481.27-402419 v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02371 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Steven M. Collins
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Benjamin N. Thompson
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail
Ste. 300
Raleigh, NC 27607

Christina Hull Eikhoff
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309--342

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Christine F Mayhew
WYRICK ROBBINS YATES & PONTON
4101 Lake Boone Trail
Ste 300
Raliegh, NC 27607

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT