IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF THE
WESTERN DISTRICT OF TENNESSEE

CONSOLIDATED CONTAINER )
COMPANY LP, )
 )
PLAINTIFF, )   CIVIL ACTION
 )   FILE NO. 05-2371-BU
vs. )
 )
WARREN UNILUBE, INC., )
 )
DEFENDANT. )
 )

[~~PROPOSED~~] ORDER OF SPECIAL ADMISSION

Before the court are the June 30, 2005 motions and combined memorandums for admission *pro hac vice* of Steven M. Collins and Christina Hull Eikhoff. Mr. Collins is a member in good standing of the bar of the state of Georgia, and is admitted to practice before the U.S. District Court for the Northern District of Georgia. Ms. Eikhoff is a member in good standing of the bar of the state of Georgia and is admitted to practice before the U.S. District Court for the Northern District of Georgia. Mr. Collins and Ms. Eikhoff have obtained and are familiar with the local rules and professional guidelines of this court. For good cause shown, the motions are granted and Steven M. Collins and Christina Hull Eikhoff are admitted to participate in this action as counsel for plaintiff Consolidated Container Company LP.

It is so ORDERED this 30th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

ATL01/11964859v1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-6-05

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02371 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Steven M. Collins
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Christina Hull Eikhoff
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309--342

Benjamin N. Thompson
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail
Ste. 300
Raleigh, NC 27607

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Christine F Mayhew
WYRICK ROBBINS YATES & PONTON
4101 Lake Boone Trail
Ste 300
Raliegh, NC 27607

Honorable J. Breen
US DISTRICT COURT