IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CONSOLIDATED CONTAINER COMPANY LP, ) ) ) | |
| PLAINTIFF, ) ) | CIVIL ACTION FILE NO. 05-2371 BV |
| vs. ) ) | |
| WARREN UNILUBE, INC., ) ) | |
| DEFENDANT. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM

Before the Court is the Unopposed Motion of Plaintiff Consolidated Container Company LP for Leave to File Overlength Memorandum in support of its motion for preliminary injunction. The Court hereby finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that Plaintiff is granted permission to file an overlength memorandum in support of its motion for preliminary injunction.

JUDGE J. DANIEL BREEN

Date: July 25, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-25-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02371 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Steven M. Collins
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Benjamin N. Thompson
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail
Ste. 300
Raleigh, NC 27607

Christina Hull Eikhoff
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309--342

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Christine F Mayhew
WYRICK ROBBINS YATES & PONTON
4101 Lake Boone Trail
Ste 300
Raliegh, NC 27607

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Amy Pepke  
ARMSTRONG ALLEN, PLLC  
80 Monroe Avenue  
Ste. 700  
Memphis, TN 38103--246  

Honorable J. Breen  
US DISTRICT COURT