FILED BY _____ D.C.

AUG -4 PM 5:12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| CONSOLIDATED CONTAINER COMPANY, LP, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) Case No.: 05-2371-BV |
| | ) |
| WARREN UNILUBE, INC., | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER GRANTING WARREN UNILUBE, INC.'S
## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Warren Unilube, Inc.'s Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction. The Court hereby finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that Defendant, Warren Unilube, Inc., shall have through and including August 15, 2005, in which to respond to Plaintiff's Motion for Preliminary Injunction and that the hearing of said motion is set for September 8, 2005, @ 2:00 pm.

IT IS SO ORDERED this 31st day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

- 1 -

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-5-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02371 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Benjamin N. Thompson
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail
Ste. 300
Raleigh, NC 27607

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Christine F Mayhew
WYRICK ROBBINS YATES & PONTON
4101 Lake Boone Trail
Ste 300
Raliegh, NC 27607

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Christina Hull Eikhoff
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309--342

Steven M. Collins
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Honorable J. Breen
US DISTRICT COURT