IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 16 PM 1:58

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CONSOLIDATED CONTAINER COMPANY, LP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) ) ) | 
| WARREN UNILUBE, INC., | ) ) ) |
| Defendant. | ) ) ) ) |

ORDER GRANTIN
DEFENDANT'S MOTION TO
FILE OVERLENGTH
MEMORANDUM

CIVIL ACTION No. 05-2371 BV

Before the Court is the unopposed Motion of Defendant Warren Unilube, Inc., for Leave to File Overlength Memorandum in support of its response to Plaintiff's Motion for Preliminary Injunction. The Court hereby finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant is granted permission to file an overlength memorandum in support of its response to Plaintiff's Motion for Preliminary Injunction.

_____
JUDGE J. DANIEL BREEN
Date: 8/16/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-19-05

PLDG-16481-27-410967-v1
5109719.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02371 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Christina Hull Eikhoff
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309--342

Steven M. Collins
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Benjamin N. Thompson
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail
Ste. 300
Raleigh, NC 27607

Christine F Mayhew
WYRICK ROBBINS YATES & PONTON
4101 Lake Boone Trail
Ste 300
Raliegh, NC 27607

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT