IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CONSOLIDATED CONTAINER COMPANY LP, | ) ) ) ) |
| PLAINTIFF, | ) ) CIVIL ACTION |
| vs. | ) FILE NO. 05-2371 BV ) ) |
| WARREN UNILUBE, INC., | ) ) |
| DEFENDANT. | ) ) |

### JOINT ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f), a conference among the parties was held via teleconference on August 9, 2005. Participating were Steven M. Collins, Christina Hull Eikhoff, Lucian Pera and Amy Pepke, counsel for plaintiff, and Benjamin N. Thompson, Christine F. Mayhew and Mary Katherine Hovious, counsel for defendant. At the conference, the following dates were agreed upon as the final dates for:

INITIAL DISCLOSURES PURSUANT to Fed. R. Civ. P. 26(a)(1): <u>August 19, 2005</u>.

JOINING PARTIES: <u>October 25, 2005</u>.

AMENDING PLEADINGS: <u>October 25, 2005</u>.

INITIAL MOTIONS TO DISMISS: <u>November 25, 2005</u>.

COMPLETING ALL DISCOVERY: <u>February 27, 2006</u>.

    (a)   DOCUMENT PRODUCTION: <u>February 27, 2006</u>.

    (b)   DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: <u>February 27, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-19-05

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

| | | |
|---|---|---|
| (1) | DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: | December 27, 2005. |
| (2) | DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: | January 27, 2006. |
| (3) | EXPERT WITNESS DEPOSITIONS: | February 27, 2006. |

FILING DISPOSITIVE MOTIONS:   March 31, 2006.

The parties have also filed a Joint Report to Court Regarding Rule 26(f) Planning Meeting and Proposed Plan for Discovery ("Discovery Plan"), which reflects further agreement with respect to a litigation plan for this case. The parties' Discovery Plan is hereby incorporated by reference.

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 5 to 7 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(10(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*/s/ Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: August 19, 2005

JOINTLY PREPARED AND SUBMITTED BY:

By:_____
LUCIAN T. PERA  (Tn. BPR No. 11641)
AMY M. PEPKE    (Tn. BPR No. 18174)
ARMSTRONG ALLEN, PLLC
Brinkley Plaza
80 Monroe Avenue, Suite 700
Memphis, Tennessee 38103
Tel: (901) 523-8211
Fax: (901) 522-0201

STEVEN M. COLLINS (*pro hac vice*)
CHRISTINA HULL EIKHOFF (*pro hac vice*)
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

*Attorneys for Plaintiff*
*Consolidated Container Company, LP*

By:_____
JOHN GOLWEN (Tn. BPR No. 14324)
MARY KATHERINE HOVIOUS (Tn. BPR No. 20136)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Tel: (901) 543-5900

BENJAMIN N. THOMPSON (*pro hac vice*)
CHRISTINE F. MAYHEW (*pro hac vice*)
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail, Suite 300
Post Office Drawer 17803
Raleigh, North Carolina 27619
Tel: (919) 781-4000

*Attorneys for Defendant*
*Warren Unilube, Inc.*

K:\amp\AMP Cases\C\Consolidated Container\Joint Proposed Scheduling Order-v1.DOC

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02371 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Steven M. Collins
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Benjamin N. Thompson
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail
Ste. 300
Raleigh, NC 27607

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Christine F Mayhew
WYRICK ROBBINS YATES & PONTON
4101 Lake Boone Trail
Ste 300
Raliegh, NC 27607

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Christina Hull Eikhoff
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309--342

Honorable J. Breen
US DISTRICT COURT