IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CONSOLIDATED CONTAINER
COMPANY, LP

    Plaintiff,

v.                                     No. 05-2371 B

WARREN UNILUBE, INC.,

    Defendant.

___

ORDER DIRECTING CLERK TO REMOVE MOTION FROM PENDING STATUS

___

Pending on the Court's docket is Plaintiff Consolidated Container Company's Motion for Expedited Hearing and Briefing Schedule on Plaintiff's Motion for Preliminary Injunction (Docket No. 17). On October 6, 2005, the Court held the referenced hearing on Plaintiff's preliminary injunction application, rendering Consolidated Container Company's request moot. Accordingly, the Clerk of the Court is directed to remove the motion from pending status.

IT IS SO ORDERED this 17th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CV-02371 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Benjamin N. Thompson
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail
Ste. 300
Raleigh, NC 27607

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Christine F Mayhew
WYRICK ROBBINS YATES & PONTON
4101 Lake Boone Trail
Ste 300
Raliegh, NC 27607

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Christina Hull Eikhoff
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309--342

Steven M. Collins
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Honorable J. Breen
US DISTRICT COURT