FILED BY /s/ D.C.

05 DEC 29 PM 4: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FILED BY /s/ D.C.

DEC 21 PM 2: 13

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **CONSOLIDATED CONTAINER COMPANY LP,** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2371 BV |
| **WARREN UNILUBE, INC.,** | ) ) ) | |
| Defendant. | ) | |

*Granted
Duane K. [illegible]
U.S. Magistrate [illegible]
December 28, 2005*

## UNOPPOSED MOTION TO MODIFY EXPERT WITNESS DISCLOSURE DEADLINES IN SCHEDULING ORDER

Comes now Consolidated Container Company ("Consolidated"), by counsel, and moves the Court to modify the expert witness disclosure deadlines contained in the Scheduling Order heretofore entered by the Court in this case.

Under the current Scheduling Order that was entered by the Court on August 19, 2005, Consolidated must disclose its Rule 26 expert information by December 27, 2005, and Warren must disclose its Rule 26 expert information by January 27, 2006. Consolidated requests that the expert witness disclosure deadline for Consolidated be reset to, and include, January 16, 2006, and the expert witness disclosure deadline for Warren Unilube be reset to, and include, February 13, 2006. The deadline for expert depositions would not change.

In support of said Motion, counsel would respectfully state that Defendant would consent to the proposed extension and, in light of the approaching holiday season, is requested in an

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-30-05

45

effort to allow the parties to complete the identification of appropriate experts and to allow time for those experts to complete their analysis.

ARMSTRONG ALLEN, PLLC

By: _____
LUCIAN T. PERA        (Tn. BPR No. 11641)
AMY M. PEPKE         (Tn. BPR No. 18174)
Brinkley Plaza
80 Monroe Avenue, Suite 700
Memphis, Tennessee 38103
Tel: (901) 523-8211
Fax: (901) 522-0201

and

ALSTON & BIRD LLP
Steven M. Collins (*pro hac vice*)
Christina Hull Eikhoff (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7149
Facsimile: (404) 881-7777

Attorneys for Plaintiff Consolidated Container Company, LLP

## CERTIFICATE OF CONSULTATION

The undersigned, Christina Hull Eikhoff, hereby certifies that she is counsel for Plaintiff Consolidated Container Company in this civil action and that on December 19, 2005, she consulted with Christine F. Mayhew, Defendant's attorney, regarding Consolidated's proposal to extend the expert witness deadline in the current scheduling order. Ms. Mayhew stated that Defendant did not oppose the proposed changes to the scheduling order.

_____
Christina Hull Eikhoff
by permission
AMP

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served upon counsel for defendant, John S. Golwen, at Bass, Berry & Sims, PLC, 100 Peabody Place, Suite 900, Memphis, Tennessee 38103, by U.S. Mail, this 21st day of December, 2005.

_____

K:\amp\AMP Cases\C\Consolidated Container\mot to extend.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CV-02371 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Benjamin N. Thompson
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail
Ste. 300
Raleigh, NC 27607

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Christine F Mayhew
WYRICK ROBBINS YATES & PONTON
4101 Lake Boone Trail
Ste 300
Raliegh, NC 27607

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Christina Hull Eikhoff
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309--342

Steven M. Collins
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Honorable J. Breen
US DISTRICT COURT